UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

    Plaintiff,

vs.                                            CASE NO: 1:22-cv-04081-JMF

ASICS AMERICA CORPORATION,
a Delaware corporation, d/b/a THE
ONITSUKA NY, and SILKALY M.
WOLCHOK L.P. #1, a New York
limited partnership,

    Defendants.
_____/

## **NOTICE OF SETTLEMENT**

      COME NOW, Plaintiff, LUIGI GIROTTO, and Defendants, ASICS AMERICA CORPORATION, a Delaware corporation, d/b/a THE ONITSUKA NY, and SILKALY M. WOLCHOK L.P. #1, a New York limited partnership, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

      Dated: This 17th day of August, 2022.

By: /S/ Robert J. Mirel
      Robert J. Mirel, Esq.
      The Weitz Law Firm, P.A.
      18305 Biscayne Blvd., Suite 214
      Aventura, Florida 33160
      Telephone: (305) 949-7777
      Fax: (305) 704-3877
      Email: rjm@weitzfirm.com
      *Attorneys for Plaintiff*

By: /S/ John W. Egan
      John W. Egan, Esq.
      Ashley S. Jenkins, Esq.
      Seyfarth Shaw LLP
      620 Eighth Avenue
      New York, NY 10018-1405
      Telephone: (212) 218-5500
      Fax: (212) 218-5526
      Email: JEgan@seyfarth.com
      Email: asjenkins@seyfarth.com
      *Attorneys for* ASICS America Corporation